UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CICI C., <br><br>            Plaintiff, <br><br>    v. <br><br> CONTRA COSTA COUNTY OFFICE OF EDUCATION, <br><br>            Defendant. | Case No.  14-cv-00243-MEJ <br><br> **ORDER SCHEDULING CMC** |

On March 4, 2014, the Court related three cases: *Cici C. v. Contra Costa County Office of Education*, C14-0243 MEJ; *Barbara C. v. Contra Costa County Office of Education*, C14-0244 MEJ; and *Gail F. v. Contra Costa County Office of Education*, C14-0245 MEJ.  The *Barbara C.* and *Gail F.* matters are scheduled for a Case Management Conference on April 17, 2014 at 10:00 a.m. in Courtroom B.  Accordingly, the parties in the *Cici C.* matter shall also appear for the Case Management Conference on April 17.  The parties shall file a joint case management statement by April 10, 2014.  If preferred, the parties may file the same statement in all three cases.

**IT IS SO ORDERED.**

Dated: April 7, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge