UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| CICI C., <br>       Plaintiff, <br>   v. <br> CONTRA COSTA COUNTY OFFICE OF EDUCATION, <br>       Defendant. <br>_____/ <br><br> and related cases | No. C 14-0243 MEJ <br><br> **ORDER RE: ATTENDANCE AT MEDIATION** <br><br> Date:     June 4, 2014 <br> Mediator:  Robert Links |
| BARBARA C., <br>       Plaintiff, <br>   v. <br> CONTRA COSTA COUNTY OFFICE OF EDUCATION, <br>       Defendant. <br>_____/ | No. C 14-0244 MEJ |
| GAIL F., <br>       Plaintiff, <br>   v. <br> CONTRA COSTA COUNTY OFFICE OF EDUCATION, <br>       Defendant. <br>_____/ | No. C 14-0245 MEJ |

Per the parties' stipulations, IT IS HEREBY ORDERED that the request to excuse plaintiffs CiCi C., Barbara C. and Gail F. from appearing in person at the June 4, 2014, mediation session before Robert Links is GRANTED.

IT IS SO ORDERED.

May 27, 2014     By: *Elizabeth D. Laporte* (signature)
Dated
                    Elizabeth D. Laporte
                    United States Chief Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California